# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, ET AL

V.

COLONY 1 CONSTRUCTION CORP.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 12321

TO: (Name and Address of Defendant)

Colony 1 Construction Corp.
30 Industrial Way
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE  11-2-04



Norfolk County Sheriff's Department  P.O. Box 859215 Braintree, MA 02185-9215 / Tel # (781) 326-1787
Norfolk, ss.

November 22, 2004

I hereby certify and return that on 11/19/2004 at 11:45AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Joseph Santino, clerk and agent, person in charge at the time of service for Colony 1 Construction Corp., at 30 Industrial Way, Walpole, MA 02081. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges $49.46

*Deputy Sheriff*

**Deputy Sheriff Joan Geer**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               *Date*                *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.