UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br>　　Plaintiffs,<br><br>v.<br><br>COLONY 1 CONSTRUCTION, CORP.,<br>　　Defendant. | )<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-12321-REK<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

　　Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Colony 1 Construction Corp., 30 Industrial Way, Walpole, MA 02081, in the above-captioned action.  Defendant Colony 1 Construction Corp. was served with the complaint on November 29, 2004.

　　As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: January 28, 2005

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Christopher N. Souris
　　　　　　　　　　　　　　　　　　BBO #556343
　　　　　　　　　　　　　　　　　　KRAKOW & SOURIS, LLC
　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　(617) 723-8440
　　　　　　　　　　　　　　　　　　 /s/ Christopher N. Souris
　　　　　　　　　　　　　　　　　　Attorney for plaintiff Massachusetts
　　　　　　　　　　　　　　　　　　Carpenters Central Collection Agency

CERTIFICATE OF SERVICE

      I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Colony 1 Construction Corp., 30 Industrial Way, Walpole, MA 02081,

                                           /s/ Christopher N. Souris
                                           Christopher N. Souris