UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Massachusetts Carpenters Central, et al.**</u>       CIVIL ACTION
           **Plaintiff**
                                                  NO. <u>04-12321-REK</u>
       V.

<u>**Colony 1 Construction Corp.**</u>
           **Defendant**

## NOTICE OF DEFAULT

    Upon application of the Plaintiff, <u>Massachusetts Carpenters Central Collection Agency, et al.</u> for an order of Default for failure of the Defendant, <u>Colony 1 Construction Corp.</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>1st</u> day of <u>February 2005</u>.

                                                  TONY ANASTAS
                                                  CLERK OF COURT

                                        By:   <u>/s/ Karen Folan</u>
                                                **Deputy Clerk**

Notice mailed to:
Colony 1 Construction Corp.
30 Industrial Way
Norwood, MA 02062

(Default Notice.wpd - 2/2000)                                           [ntcdflt.]