UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al. </br>   Plaintiffs, </br></br> v. </br></br> COLONY 1 CONSTRUCTION, CORP., </br>   Defendant. | ) </br> ) </br> ) </br> ) CIVIL ACTION </br> ) NO. 04-12321-REK </br> ) </br> ) </br> ) </br> ) |

**REQUEST FOR ADDITIONAL TIME
TO FILE MOTION FOR DEFAULT JUDGMENT**

Plaintiffs are presently preparing an affidavit of damages to support a motion for entry of a default judgment, but require additional time to prepare the calculation of damages. Accordingly, plaintiffs respectfully request that their time to file a motion be extended to April 21, 2005

Dated: March 21, 2005

Respectfully submitted,

Christopher N. Souris     BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114     (617) 723-8440
 /s/ Christopher N. Souris_____
Attorney for plaintiffs Massachusetts
Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Colony 1 Construction Corp., 30 Industrial Way, Norwood, MA 02062.

  /s/Christopher N. Souris_____
Christopher N. Souris