UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al | ) ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-12321-REK |
| | ) |
| COLONY 1 CONSTRUCTION, CORP., | ) |
| Defendant. | ) |
| | ) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al, upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Colony 1 Construction Corp. to pay to the plaintiffs the sum of $62,843.12 in damages and taxable costs.

Dated: April 7, 2005                    Respectfully submitted,

                                        Christopher N. Souris
                                        BBO #556343
                                        KRAKOW & SOURIS, LLC
                                        225 Friend Street
                                        Boston, MA 02114    (617) 723-8440
                                         /s/ Christophr N. Souris_____
                                        Attorney for plaintiffs Massachusetts
                                        Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to Colony 1 Construction Corp., 30 Industrial Way, Walpole, MA 02081.

                                         /s/ Christopher N. Souris_____
                                        Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br>    Plaintiffs,<br><br>v.<br><br>COLONY 1 CONSTRUCTION, CORP.,<br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-12321-REK<br>)<br>)<br>)<br>) |

**JUDGMENT**

KEETON, D.J.

Defendant Colony 1 Construction Corp. having failed to plead or otherwise defend in this action and default having been entered on February 1, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $62,643.66, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $199.46 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Colony 1 Construction Corp. the sum of $62,843.12 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated:_____

CERTIFICATE OF SERVICE

      I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Colony 1 Construction Corp., 30 Industrial Way, Walpole, MA 02081,

                                       /s/ Christopher N. Souris
                                       Christopher N. Souris