UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al )
    Plaintiffs, )
     ) CIVIL ACTION
v. ) NO. 04-12321-REK
     )
COLONY 1 CONSTRUCTION, CORP., )
    Defendant. )
_____ )

### JUDGMENT

KEETON, D.J.

Defendant Colony 1 Construction Corp. having failed to plead or otherwise defend in this action and default having been entered on February 1, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $62,643.66, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $199.46 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Colony 1 Construction Corp. the sum of $62,843.12 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Approved:
Robert E. Keeton,
Senior Judge
10/12/05

Dated: 10-12-05